THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 v.
 Javerus A.
 Griffin, Appellant.
 
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-477
Submitted November 1, 2010  Filed
 November 1, 2010 
AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER
 CURIAM: Javerus A. Griffin pled guilty to voluntary
 manslaughter and was sentenced to thirty years' imprisonment.  On appeal,
 Griffin argues the trial court abused its discretion by imposing a sentence in
 violation of Griffin's due process, fundamental fairness, and equal protection
 rights.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: State v. Gaster, 349 S.C. 545, 552, 564
 S.E.2d 87, 91 (2002) (holding constitutional issues must be raised to and ruled upon by the trial court in order
 to preserve the issues for appellate review). 
AFFIRMED.
FEW,
 C.J., SHORT and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.